

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TONI PATRICK, | § | No. 08-15-00148-CV |
| Appellant, | § | Appeal from |
| v. | § | 193rd District Court |
| BOLD ROOFING CO., | § | of Dallas County, Texas |
| Appellee. | § | (TC # DC-14-06390) |
|  | § | |

## MEMORANDUM OPINION

Pending before the Court is the joint motion of Appellant, Toni Patrick, and Appellee, Bold Roofing Company, to vacate the trial court's judgment. *See* TEX.R.APP.P. 42.1(a)(2). The motion is granted. Accordingly, the trial court's judgment is set aside and the cause is remanded to the trial court for further proceedings in accordance with the parties' agreement. The motion does not address costs. Accordingly, costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)("Absent agreement of the parties, the court will tax costs against the appellant").


July 8, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.